THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIBURCIO VASQUEZ-FLORES,<br><br>Defendant. | No. CR 17-263-RAJ<br><br>(PROPOSED) ORDER TO EXTEND TIME TO FILE INDICTMENT |

The Court, having reviewed the defense's unopposed motion and the defendant's agreement to extend the time for an Indictment, finds as to the facts stipulated to by counsel in that document, and hereby makes the following findings of fact:

1. A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. For the reasons set forth in the defendant's unopposed motion, the Court finds the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

(PROPOSED) ORDER TO EXTEND TIME TO
FILE INDICTMENT
(Tiburcio Vasquez-Flores; CR17-263RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1     IT IS THEREFORE ORDERED that the time within which an indictment in this case must be filed against the defendant shall be extended from November 16, 2017, to December 16, 2017.

    IT IS FURTHER ORDERED that the period of delay from November 16, 2017, to December 16, 2017, is excludable time pursuant to the Speedy Trial Act, 18, U.S.C. §§ 3161 et seq.

DONE this __14th__ day of __November__, 2017.

_____
for RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Gregory Murphy
Federal Public Defender
Attorney for Tiburcio Vasquez-Flores

(PROPOSED) ORDER TO EXTEND TIME TO
FILE INDICTMENT
(Tiburcio Vasquez-Flores; CR17-263RAJ) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100